**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITIZENS BUSINESS BANK, | CASE NO.: 8:18-cv-2163 JLS (KESx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| THE VESSEL BELLEZZA, together with any and all present and future engines, boilers, machinery, masts, bowsprits, boats, anchors, cables, chains, rigging, tackle, apparel, furniture, nets and fishing gear and all other appurtenances thereto belonging or appertaining, and any and all additions, improvements, and replacements hereafter made in or to the Vessel or any part of appurtenance or equipment thereof; MITTEN OCEANIC INVESTMENTS, LLC, a Florida limited liability company; JOHN R. THOMPSON, an individual; SHILA C. FUERST, as executor of the estate of MICHAEL B. FUERST, deceased; MARNIE FUERST-DUENAS, as trustee of THE FUERST FAMILY TRUST ESTABLISHED NOVEMBER 11, 2004, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

The Court having granted in part Plaintiff's Application for Default Judgment (Doc. 68), **JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff, Citizens Business Bank, in the amount of $99,574.09 in damages and $5,583.00 in attorney's fees, for a total judgment of **$105,157.09**, for which Defendants John R. Thompson, an individual and Shila C. Fuerst, as executor of the estate of Michael B. Fuerst, deceased, are jointly and severally liable.

Dated: April 26, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE